# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. DILEO, | : | No. 3:18cv628 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| FEDERATED LIFE INSURANCE COMPANY, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this **13th** day of **January 2020**, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Defendant Federated Life Insurance Company's motion for partial summary judgment (Doc. 27) is **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**